IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:13-cr-00147-RP-CFB |
| | ) | |
| vs. | ) | |
| | ) | |
| MO YUN, | ) | ORDER DENYING MOTION |
| | ) | TO MODIFY CONDITIONS OF |
| Defendant. | ) | PRETRIAL RELEASE |

This matter is before the Court on Defendant's resisted Motion to Modify Conditions of Pretrial Release to allow her to travel out of the country from December 13, 2014 to January 3, 2015 [ECF #129].  The Government responded [ECF #131] and the Court requested a Supplemental Report from Pretrial Services which it received November 13, 2014.  Both the Government and Pretrial Services resist further modification of Defendant's conditions of release to allow her to travel to China.  Based upon a review of the file and considering the nature and circumstances of this case, the Court is not reasonably assured of her appearance if she were released to travel to her home country.  Defendant poses a risk of flight.  The Court finds that there are no circumstances that would reasonably assure her Appearance and the Motion to Modify Conditions of Release is denied.

IT IS SO ORDERED.

Dated this 20th day of November, 2014.

**CELESTE F. BREMER**
**CHIEF UNITED STATES MAGISTRATE JUDGE**